UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REV. MARK T. MURRAY,<br><br>Plaintiff,<br><br>v.<br><br>KRAIG NEWMAN, *et al.*,<br><br>Defendants. | Case No. C07-5215 RBL/KLS<br><br>ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

On May 16, 2007, Plaintiff was ordered to show cause on or before June 15, 2007, why his complaint should not be dismissed for failure to state a claim. (Dkt. # 7). Before the Court is Plaintiff's motion seeking an extension of time to respond to the Court's order to show cause. (Dkt. # 9). Plaintiff bases his request on his recent release from the Grays Harbor Correctional facility, his lack of funds to mail his response, and a pending habeas corpus petition. (*Id*.).

The Court notes that Plaintiff has, in essence, filed a response to the Court's order to show cause in his "proposed order," filed with this motion seeking an extension of time, for which Plaintiff appeared to have sufficient postage. In addition, a pending habeas corpus petition will not preclude Plaintiff from responding to this Court's order. However, the Court shall grant Plaintiff a short

ORDER - 1

1  continuance to compile the information he believes is necessary to properly respond to the Court's
2  order.
3      Accordingly, the Clerk of the Court is instructed to re-note Plaintiff's deadline for compliance
4  with the Court's Order to Show Cause (Dkt. # 7) until **July 31, 2007.**

6      DATED this __28th__ day of June, 2007.

                                                                    Karen L. Strombom
                                                                    United States Magistrate Judge

26  ORDER - 2