UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REV. MARK T. MURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>KRAIG NEWMAN, *et al.*,<br><br>    Defendants. | Case No. C07-5215 RBL/KLS<br><br>AMENDED ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

On May 16, 2007, Plaintiff was ordered to show cause on or before June 15, 2007, why his complaint should not be dismissed for failure to state a claim. (Dkt. # 7). On June 15, 2007, Plaintiff sought an extension of time to respond to the Court's order to show cause. (Dkt. # 9). Plaintiff based his request on his recent release from the Grays Harbor Correctional facility, his lack of funds to mail his response, and a pending habeas corpus petition. (*Id*.). The Plaintiff asked the Court to take note of his new mailing address. (*Id*.) The Court granted the extension of time, directing Plaintiff to file his response by July 31, 2007. (Dkt. # 10). Due to an oversight, the Court's Order was mailed to the Plaintiff at the Grays Harbor County Corrections Center. That mail was returned as Undeliverable. (Dkt. # 11).

ORDER - 1

1      As Plaintiff has not received notice of the Court's Order allowing him an extension of time
2 to respond to the Court's Order to Show Cause, the Clerk of the Court is directed to mail a copy of
3 this Amended Order to the Plaintiff at the address set forth in his motion (Dkt. # 9): **257 Lillie Road**
4 **West, Elma, Washington 98541.**

5      Additionally, the Clerk of the Court is instructed to re-note Plaintiff's deadline for
6 compliance with the Court's Order to Show Cause (Dkt. # 7) until **September 21, 2007.**

8      DATED this <u>15th</u> day of August, 2007.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

26 ORDER - 2