HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

           Plaintiff,

          v.

KRAIG NEWMAN, et al,

           Defendants.

Case No. C07-5215RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Report and Recommendation of Magistrate Judge Karen L. Strombom.  On April 7, 2008 the Clerk mailed a copy of the Report and Recommendation to plaintiff at his last known address.  On April 10, it was returned as undeliverable.  Plaintiff shall have sixty (60) days from the date of this Order to inform the Court of his current address or the Court will dismiss this matter for failure to prosecute.  CR 41(b)(2), Local Rules W.D. Wash.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se, and to plaintiff at his last known address..

Dated this 25th day of April, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1