1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

        Plaintiff,

   v.

KRAIG NEWMAN, *et al.*,

        Defendants.

Case No. C07-5215 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

12

13

14

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.
Strombom, objections to the Report and Recommendation [Dkt. #43], and the remaining record,
does hereby find and ORDER:

15

16

17

18

19

20

21

22

    (1)    The Order directing plaintiff to inform this Court of his current address within 60 days
[Dkt. #39] is **STRICKEN as MOOT**;

    (2)    Plaintiff's Motion for an Extension of Time to File Objections to the Report and
Recommendation [Dkt. #42] is **GRANTED**;

    (3)    The Court adopts the Report and Recommendation;

    (4)    The motion to dismiss of Defendant Megan Valentine (Dkt. # 26) is **GRANTED**;

    (5)    The motion to dismiss of Defendant Kraig Newman (Dkt. # 26) is **DENIED**; and

    (6)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
and to the Hon. Karen L. Strombom.

DATED this 20th day of May, 2008.

23

24

25

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

26

ORDER - 1