UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

    Plaintiff,

v.

KRAIG NEWMAN, *et al.*,

    Defendants.

Case No. C07-5215 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #53], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Kraig Newman's motion for summary judgment (Dkt. # 40) is **GRANTED**;

(3) Plaintiff's claims against Defendant Kraig Newman are **DISMISSED WITH PREJUDICE**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 1st day of August, 2008.

                                              */s/ Ronald B. Leighton*
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

ORDER - 1