UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

        Plaintiff,

   v.

KRAIG NEWMAN, *et al.*,

        Defendants.

Case No. C07-5215 RBL/KLS

ORDER TO PROVIDE SERVICE
COPIES AND MARSHAL
FORMS

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Plaintiff was granted leave to file an addendum to his complaint. Dkt. # 56. Plaintiff has filed a Third Addendum to Complaint (Dkt. # 63) and is now directed to provide service copies and U.S. Marshal forms for each named Defendant therein.

Accordingly, it is **ORDERED**:

(1)    Plaintiff shall provide one copy of the Third Addendum to the Complaint and U.S. Marshal form for each named Defendant he wishes the United States Marshals Service to attempt to serve. Plaintiff is directed to fill out the forms with complete addresses for each named defendant and return the forms with service copies of the Third Addendum so that the U.S. Marshal may attempt service by mail upon the named defendants. These documents must be returned on or before **October 24, 2008** or the Court will recommend dismissal of this case for failure to prosecute; and

(2)    The Clerk shall send the necessary forms and a copy of this Order to Plaintiff, and note this matter for the Court's calendar for **October 24, 2008.**

DATED this  25th  day of September, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1