UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

    Plaintiff,

v.

KRAIG NEWMAN, *et al.*,

    Defendants.

Case No. C07-5215 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The motion for summary judgment of Brian Rydman, Polly Davin and Brad Johansson (Dkt. # 76) is **GRANTED**;

(3) Plaintiff's claims against Defendants Brian Rydman, Polly Davin and Brad Johansson are **DISMISSED WITH PREJUDICE**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 13th day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1