# United States District Court

WESTERN DISTRICT OF WASHINGTON

Mark T. Murray

       v.

Kraig Newman, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5215RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The motion for summary judgment of Brian Rydman, Polly Davin and Brad Johansson (Dkt. #76) is **GRANTED**;

3. Plaintiff's claims against Defendants Brian Rydman, Polly Davin and Brad Johansson are **DISMISSED WITH PREJUDICE.**


| July 14, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | |
| | _/s/ Jennie L. Patton_ |
| | Deputy Clerk |